# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTIS C. CARROLL, JR., | : |
| Petitioner, | : |
| | : **CIVIL ACTION** |
| v. | : |
| | : **NO. 18-4959** |
| COURT OF COMMON PLEAS OF | : |
| LANCASTER COUNTY, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this 18th day of November, 2019, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 10), the Response to the Petition for Writ of Habeas Corpus (Doc. 34), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarksi (Doc. 40), and Petitioner's Objections to the Report and Recommendation (Doc. 46), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED WITHOUT PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that Petitioner's Motions for Extension of Time to Respond to the Motion to Dismiss[1], Extension of Time, Appointment of Conflict Counsel, and Stay of State Court Proceedings (Docs. 42, 44, 45, 49) are **DISMISSED AS MOOT**.

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] There are currently no pending motions to dismiss in this matter before the Court. The Court believes that Petitioner mistakenly titled what should be a Motion for Extension of Time to Respond to Respondents' Answer to the Petition for Habeas Corpus as a Motion for Extension of Time to Respond to the Motion to Dismiss.